# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE A. CHEELY,<br><br>Defendant. | PO-21-5175-GF-JTJ<br><br>VIOLATION:<br>E1103272<br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,   IT IS HEREBY ORDERED that the citation is DISMISSED.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 24, 2021, is VACATED.

DATED this 20th day of September, 2021.

_____
John Johnston
United States Magistrate Judge